UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID L. EMERSON,

      Plaintiff,

     v.                                                                Case No. 05-C-848

AEGIS LENDING CORPORATION,

      Defendant.

## ORDER STAYING ACTION

On August 16, 2007, the defendant, Aegis Lending Corporation ("Aegis"), filed a Notice of Suggestion of Bankruptcy asserting therein that "on the 13th day of August, 2007, the United States Bankruptcy Court for the District of Delaware entered Orders for Relief under Title 11 of Chapter 11 of the United States Code on behalf of Aegis Lending Corporation and its affiliated debtors." (Notice, at 1.) According to defendant Aegis, pursuant to 11 U.S.C. § 362(a), the Debtors' filing of the voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' case or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' case; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

In light of the foregoing, this action will be **STAYED** until such time, if ever, that the stay imposed in the United States Bankruptcy Court for the District fo Delaware under the provisions of 11 U.S.C. § 362(a) is lifted.

Plaintiff's counsel is hereby directed to consult with defendant's counsel and, no later than March 17, 2008, file with this court a short written report setting forth the status of the defendant's bankruptcy proceedings.

**SO ORDERED** this 20th day of August 2007, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge